# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1536. AUSTIN LUKE BRADLEY v. THE STATE.**

In this criminal proceeding, the trial court entered an order on February 23, 2026, granting a motion in limine filed by defendant Austin Luke Bradley. The State filed a timely appeal pursuant to OCGA § 5-7-1(a)(5) on February 25, 2026, which has been docketed in Case No. A26A1480. On March 10, 2026, Bradley filed a notice of cross appeal, seeking to appeal the trial court's January 16, 2026 order denying his motion to suppress a search warrant for medical records. See OCGA § 5-7-1 (b) (when the State appeals in a criminal case, a defendant has the right to cross appeal). That case has been docketed in Case No. A26A1535.

On March 11, 2026, the trial court re-entered its order denying Bradley's motion to suppress nunc pro tunc to January 16, and Bradley submitted his March 10 notice of cross appeal a second time, which was docketed in the instant cross appeal, Case No. A26A1536. Because the instant appeal is duplicative of the pending cross appeal in Case No. A26A1535, it is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/16/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*